**EX PARTE Joyce Hardin GARRARD**

**CR-14-0705**

Court of Criminal Appeals of Alabama.

03/09/2015

Mand. pet. denied